LUCINA S. WAKEFIELD, as Administratrix of the Estate of GERALD R. WAKEFIELD, Deceased, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.

Argued April 12, 1949; decided May 26, 1949.

*John P. McGrath, Corporation Counsel* (*Morris Weissberg, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for appellants.

*A. Mark Levien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.